FILED BY \_\_\_KS\_\_\_ D.C.

Nov 9, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **21-20554-CR-MORENO/GOODMAN**

18 U.S.C. § 1344
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 982(a)(2)(A)
18 U.S.C. § 1029(c)(1)(C)

UNITED STATES OF AMERICA

vs.

MARLON STEVES GONZALEZ,

    Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### GENERAL ALLEGATIONS

At all times relevant to this Indictment:

1. TD Bank was a financial institution with offices located in the State of Florida, the accounts of which were insured by the Federal Deposit Insurance Corporation ("FDIC").

2. Bank of America was a financial institution with offices located in the State of Florida, the accounts of which were insured by the FDIC.

3. Defendant **MARLON STEVES GONZALEZ** was a resident of Miami-Dade County, Florida.

### COUNTS 1–5
### Bank Fraud
### (18 U.S.C. § 1344)

1. The General Allegations section of this Indictment is re-alleged and incorporated by reference as though fully set forth herein.

2. From on or about October 17, 2019, through on or about November 20, 2019, in Miami-Dade County, in the Southern District of Florida, the defendant,

**MARLON STEVES GONZALEZ,**

did knowingly, and with intent to defraud, execute, and attempt to execute, and cause the execution of, a scheme and artifice to defraud a financial institution, which scheme and artifice employed a material falsehood, and did knowingly, and with intent to defraud, execute, and attempt to execute, and cause the execution of, a scheme and artifice to obtain moneys and funds owned by, and under the custody and control of, a financial institution, by means of materially false and fraudulent pretenses, representations, and promises, relating to a material fact, in violation of Title 18, United States Code, Sections 1344(1) and (2), and 2.

**PURPOSE OF THE SCHEME AND ARTIFICE**

3. It was the purpose of the scheme and artifice for **MARLON STEVES GONZALEZ** to unlawfully enrich himself by depositing, or causing the deposit of, false and fraudulent checks into **GONZALEZ'** personal accounts at financial institutions, and withdrawing or spending funds from the personal accounts after the false and fraudulent checks cleared.

**MANNER AND MEANS OF THE SCHEME AND ARTIFICE**

The manner and means by which **MARLON STEVES GONZALEZ** sought to accomplish the objects and purpose of the conspiracy included, among other things, the following:

4. **MARLON STEVES GONZALEZ** obtained checks that were written by third parties and made payable to payees other than **GONZALEZ**.

5. **MARLON STEVES GONZALEZ** altered, or caused to be altered, the stolen checks or generated, or caused to be generated, false and fraudulent checks by changing the name of the true payee and inserting the name of **MARLON STEVES GONZALEZ**.

6. **MARLON STEVES GONZALEZ** and his accomplice deposited the false and fraudulent checks into the personal accounts of **GONZALEZ** at financial institutions, including TD Bank and Bank of America.

7. **MARLON STEVES GONZALEZ** spent or withdrew the funds from his personal accounts and used those funds for his own benefit.

## EXECUTION OF THE SCHEME AND ARTIFICE

8. On or about the dates specified below, in Miami-Dade County, in the Southern District of Florida, the defendant, **MARLON STEVES GONZALEZ**, did execute, and attempt to execute, and cause the execution of, the above-described scheme and artifice to defraud, as more particularly described below:

| Count | Appx. Date | Execution |
|---|---|---|
| 1 | October 19, 2019 | Caused the deposit of check number 367, in the amount of $156.66, with the name and account number of "H.P.," into the personal account of **MARLON STEVES GONZALEZ** at TD Bank |
| 2 | October 19, 2019 | Caused the deposit of check number 244, in the amount of $38.51, with the name and account number of "S.C.P.," into the personal account of **MARLON STEVES GONZALEZ** at TD Bank |
| 3 | October 25, 2019 | Caused the deposit of check number 54258, in the amount of $258.85, with the name and account number of "R.B.," into the personal account of **MARLON STEVES GONZALEZ** at TD Bank |
| 4 | November 2, 2019 | Caused the deposit of check number 54326, in the amount of $2,500, with the name and account number of "R.B.," into the personal account of **MARLON STEVES GONZALEZ** at TD Bank |
| 5 | November 4, 2019 | Caused the deposit of check number 54327, in the amount of $3,000, with the name and account number of "R.B.," into the personal account of **MARLON STEVES GONZALEZ** at Bank of America |

In violation of Title 18, United States Code, Sections 1344(1) and (2), and 2.

## COUNTS 6–8
### Aggravated Identity Theft
### (18 U.S.C. § 1028A(a)(1))

On or about the dates specified below, in Miami-Dade County, in the Southern District of Florida, the defendant,

**MARLON STEVES GONZALEZ,**

during and in relation to a felony violation of Title 18, United States Code, Sections 1344(1) and (2), that is, knowingly, and with intent to defraud, executing, and attempting to execute, and causing the execution of, a scheme and artifice to defraud a financial institution, which scheme and artifice employed a material falsehood, and did knowingly, and with intent to defraud, execute, and attempt to execute, and cause the execution of, a scheme and artifice to obtain moneys and funds owned by, and under the custody and control of, a financial institution, by means of materially false and fraudulent pretenses, representations, and promises, relating to a material fact, as alleged in Counts 1–5 of this Indictment, did knowingly, transfer, possess and use, without lawful authority, the means of identification of another person, as specified in each count below:

| Count | Appx. Date | Means of Identification |
|---|---|---|
| 6 | October 19, 2019 | Name and checking account number ending in 1798, issued to H.P. |
| 7 | October 19, 2019 | Name and checking account number ending in 6477, issued to S.C.P. |
| 8 | November 2, 2019 | Name and checking account number ending in 1387, issued to R.B. |

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

### FORFEITURE ALLEGATIONS

1.      The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of certain property in which the defendant, **MARLON STEVES GONZALEZ,** has an interest.

4

2. Upon conviction of a violation of Title 18, United States Code, Section 1344, as alleged in this Indictment, the defendant shall forfeit to the United States any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation, pursuant to Title 18, United States Code, Section 982(a)(2)(A).

All pursuant to Title 18, United States Code, Section 982(a)(2)(A), and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b)(1).

A TRUE BILL

_____
FOREPERSON

*[signature]*
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

*[signature]*
JONATHAN BAILYN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

MARLON STEVES GONZALEZ,

_____ Defendant/

CASE NO._____

**CERTIFICATE OF TRIAL ATTORNEY\***

Superseding Case Information:

**Court Division:** (Select One)
- [✓] Miami
- [ ] Key West
- [ ] FTL
- [ ] WPB
- [ ] FTP

New defendant(s) [ ] Yes [ ] No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.
3. Interpreter: (Yes or No) **Yes**
   List language and/or dialect **Spanish**
4. This case will take **3** days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I   0 to 5 days      [✓]
   - II  6 to 10 days     [ ]
   - III 11 to 20 days    [ ]
   - IV  21 to 60 days    [ ]
   - V   61 days and over [ ]

   (Check only one)
   - Petty        [ ]
   - Minor        [ ]
   - Misdemeanor  [ ]
   - Felony       [✓]

6. Has this case previously been filed in this District Court? (Yes or No) **No**
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **No**
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) **No**

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No**
8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**
9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No**

_____
Jonathan Bailyn
Assistant United States Attorney
Court ID No.    A5502692

\*Penalty Sheet(s) attached

REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: **MARLON STEVES GONZALEZ**

**Case No:**

Counts #: 1–5

Bank Fraud

Title 18, United States Code, Section 1344

**\*Max. Penalty:** 30 years' imprisonment

Counts #: 6-8

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

**\*Max. Penalty:** 2 years' imprisonment consecutive to any other sentence

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**